# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

RICHARD MICHAEL HANSON                                             PLAINTIFF

V.                          3:09CV00032 WRW/JTR

CRAIGHEAD COUNTY DETENTION CENTER,
Medical Department; and
STEVEN METCALF, Director of Medical                         DEFENDANTS

### ORDER

Plaintiff, Richard Michael Hanson, who is currently confined in the Craighead County Detention Center, has filed a *pro se*[1] § 1983 Complaint. *See* docket entry #1.

The filing fee for commencing a § 1983 action in federal court is $350. However, Plaintiff has neither paid the filing fee nor filed an Application to Proceed *In Forma Pauperis*. If Plaintiff wishes to pursue this action, he must, within thirty days of the entry of this Order, either: (1) pay the $350 filing fee in full;[2] or (2) file a properly completed Application to Proceed *In Forma Pauperis*,[3]

---

[1] Plaintiff is hereby notified of his responsibility to comply with Local Rule 5.5(c)(2), which states: "It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure."

Plaintiff is further notified of 28 U.S.C. § 1915(g), which provides that a prisoner may not proceed with a civil suit *in forma pauperis* "if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."

[2] Any such payment should clearly indicate that it is for payment of the filing fee in *"Hanson v. Craighead County, et al; 3:09CV00032 WRW/JTR."*

[3] The Prison Litigation Reform Act provides that a prisoner who is permitted to file a civil action *in forma pauperis* still must pay the full statutory filing fee of $350. 28 U.S.C. § 1915(b)(1).

along with a properly completed prisoner calculation sheet.[4]  In contrast, if Plaintiff does *not* wish to proceed with this case, he should file a Motion for Voluntary Dismissal, and this case will be dismissed, without assessment of any portion of the filing fee.

IT IS THEREFORE ORDERED THAT:

1. The Clerk is directed to send Plaintiff an Application to Proceed *In Forma Pauperis,* along with a prisoner calculation sheet.

2. Plaintiff shall, **within thirty days of the entry of this Order**, either: (1) pay the $350 filing fee in full; or (2) file a properly completed Application to Proceed *In Forma Pauperis,* along with a properly completed prisoner calculation sheet.

3. Plaintiff is reminded (as set forth in footnote 1 to this Order) that his failure to timely and properly comply with this Order will result in this case being dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

Dated this 18th day of March, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

---

The only question is whether a prisoner will pay the entire filing fee at the initiation of the proceeding or in installments over a period of time. *Ashley v. Dilworth*, 147 F.3d 715, 716 (8th Cir. 1998). Even if a prisoner is without assets and unable to pay an initial filing fee, he will be allowed to proceed with his § 1983 claims and the filing fee will be collected by the Court in installments from the prisoner's inmate trust account. 28 U.S.C. § 1915(b)(4). **If the prisoner's case is subsequently dismissed for any reason, including a determination that it is frivolous, malicious, fails to state a claim, or seeks monetary relief against a defendant who is immune from such relief, the full amount of the $350 filing fee will be collected and no portion of this filing fee will be refunded to the prisoner.**

[4] Plaintiff must complete and sign the Application to Proceed *In Forma Pauperis.*  In contrast, the prisoner calculation sheet must be prepared and signed by an authorized official at the Craighead County Detention Facility.