IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**RICHARD MICHAEL HANSON**                                                                    **PLAINTIFF**

v.                                    3:09CV00032-WRW-JTR

**CRAIGHEAD COUNTY DETENTION CENTER,**
**Medical Department; and**
**STEVEN METCALF, Director of Medical**                                                        **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be approved and adopted in their entirety as this Court's findings in all respects.

Based on the screening function mandated by 28 U.S.C. § 1915A: (a) Defendant Craighead County Detention Center Medical Department is DISMISSED, with prejudice, because it is not amenable to suit in a § 1983 action; and (b) Plaintiff may proceed with his inadequate medical care claim against Defendant Steven Metcalf. The Court further certifies, based on 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

The Clerk is directed to prepare a summons for Defendant Metcalf, and the United States Marshal is directed to serve the summons, Complaint, and this Order on him without prepayment of fees and costs or security therefor.[1]

IT IS SO ORDERED this 27th day of April, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] If Defendant Metcalf is no longer a Craighead County employee, the individual responding to service shall file, with the return of unexecuted service, a **SEALED** Statement providing his last known private mailing address.