# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

RICHARD MICHAEL HANSON                  PLAINTIFF

V.                  3:09CV00032 WRW/JTR

STEVEN METCALF, Director of Medical;
Craighead County Detention Center, et al.                  DEFENDANTS

## ORDER

Plaintiff, who is now a freeworld citizen, has commenced this § 1983 action alleging that he was denied adequate medical care while he was confined in the Craighead County Detention Center. *See* docket entry #1. On April 14, 2009, Plaintiff filed an Amended Complaint adding "Jerry Sparks" as a Defendant. *See* docket entry #9. On April 20, 2009, Plaintiff filed a Second Amended Complaint adding "Jeremy Sparks" as a Defendant. *See* docket entry #10. The Court will give Plaintiff eleven days to file a Statement clarifying whether this is the same individual and, if so, which is his correct name.

IT IS THEREFORE ORDERED THAT Plaintiff shall file, **within eleven days of the entry of this Order,** a Statement providing the information specified herein.

Dated this 1st day of May, 2009.

_____
UNITED STATES MAGISTRATE JUDGE