IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**RICHARD MICHAEL HANSON**                                                                 **PLAINTIFF**

**v.**                                    **3:09-CV-00032-WRW-JTR**

**STEVEN METCALF, Director of Medical,**
**Craighead County Detention Center,** *et al.*                                      **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition are approved and adopted in their entirety as this Court's findings in all respects.

Accordingly, Defendant Jerry Sparks is voluntarily DISMISSED, without prejudice, from this action. Further, the Court certifies, based on 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 1st day of June, 2009.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE