### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

RICHARD MICHAEL HANSON                                                                PLAINTIFF

V.                                          3:09CV00032 WRW/JTR

STEVEN METCALF, Director of Medical;
Craighead County Detention Center, et al.                                          DEFENDANTS

### ORDER

Defendants in his action have filed an Answer clarifying that Defendant Jack McCain's correct name is Jack McCann. *See* docket entry #29.

IT IS THEREFORE ORDERED THAT the Clerk is directed to amend the docket sheet to reflect that Defendant Jack McCain is "Jack McCann."

Dated this 9th day of June, 2009.

_____
UNITED STATES MAGISTRATE JUDGE