**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

RICHARD MICHAEL HANSON                                                     PLAINTIFF

V.                                      3:09CV00032 WRW/JTR

STEVEN METCALF, Director of Medical;
Craighead County Detention Center, et al.                              DEFENDANTS

## ORDER

All of the Defendants in this *pro se* § 1983 action have filed their Answers. *See* docket entries #28 and #29. The Court will give the parties 90 days to conduct discovery and 120 days to file any dispositive motions.

IT IS THEREFORE ORDERED THAT:

1. The parties shall complete discovery **on or before September 21, 2009.**

2. The parties shall file any dispositive motions **on or before October 21, 2009.**

Dated this 26th day of June, 2009.

_____
UNITED STATES MAGISTRATE JUDGE