**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

RICHARD MICHAEL HANSON                                                                PLAINTIFF

V.                                     3:09CV00032 JTR

STEVEN METCALF, Director of Medical;
Craighead County Detention Center, et al.                                         DEFENDANTS

**ORDER**

Plaintiff commenced this *pro se* § 1983 action while he was confined in the Craighead County Detention Facility ("CCDF") in Jonesboro, Arkansas. *See* docket entry #2. Soon thereafter, he was transferred to the Monitaeu County Detention Center ("MCDC") in California, Missouri. *See* docket entry #11. On July 6 and 9, 2009, mail addressed to Plaintiff at the MCDC was returned as undeliverable with a notation that Plaintiff had been released from custody. *See* docket entries #41 and #42. In light of his recent release, it is unclear whether Plaintiff remains interested in pursuing this action and, if so, whether he is still entitled to proceed *in forma pauperis*. Accordingly, the Court will give Plaintiff thirty days to file: (1) a Statement indicating whether he wishes to continue with this action; and (2) an Amended (freeworld) Application to Proceed *In Forma Pauperis*.

IT IS THEREFORE ORDERED THAT:

1.  The Clerk of the Court is directed to send Petitioner a (freeworld) Amended Application to Proceed *In Forma Pauperis.*

2.  Plaintiff shall file, **within thirty days of the entry of this Order**: (a) a Statement

indicating whether he wishes to continue with this lawsuit; and (b) an Amended Application to Proceed *In Forma Pauperis*

3.  Plaintiff is reminded that the failure to timely and properly comply with this Order could result in the dismissal of this case, without prejudice, pursuant to Local Rule 5.5(c)(2).

Dated this 21st day of July, 2009.

```
                              /s/ J. Thomas Ray
                              UNITED STATES MAGISTRATE JUDGE
```